IN THE FOURTH
COURT OF APPEALS
SAN ANTONIO, TEXAS

ABELARDO G. GONZALEZ 1622682 §
Appellant, Pro-se §
§
§
§ COA No. 04-15-00529-CR
vs. §
§ COA No. 04-14-00530-CR
§
§ COA No. 04-15-00531-CR
THE STATE OF TEXAS §
Appellee §

## COURT ORDERED REPLY

NOW COME'S Appellant ABELARDO G. GONZALEZ, pro-se in the above mentioned proceedings and reply's to a Court Order dated Septemeber 18, 2015 regarding jurisdiction, among other things.

## I.
## TIMING OF THE FILING THE REPLY

Appellant was Ordered to reply by Oct. 12, 2015 and is filing this reply on Oct. 3, 2015, which is timely filed by placing it in the C.T. Terrell prison mailbox and thusfore timely filed under the prison mailbox rule.

## II.
## COURTS ATTENTION

(a) The Court Order dated September 18, 2015 state's this case(s) are from the 111th District Court. IT IS NOT, its from the 49th District court.

(b) The Clerk had appellant incorrect mailing address, and does not know if he has received all the clerks and Court mailings.

(c) Appellant to this date has not veiwed the Trail Courts CLERK RECORD and thusfore does not know what wrong with it, and can [N]OT correct it since he has NOT veiwed the CLERK RECORD.

2015 OCT -8 PM 12:30
KEITH E. HOTTLE, CLERK
FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

## III.
## INSTANT PROCEEDINGS

[I]n this instant proceedings appellant state's the Appeal being sought is solely to appeal the Denial of his [POST-TRIAL] SECOND MOTION TO RECUSE Under T.R.Civ.Pro. RULE 18a filed on March 3, 2015 and dENIED on July 11, 2015. [T]his is [N]OT a interlocutory appeal, since **final** judgment was rendered by the Trail Court on Jan. 15, 2015 against appellant SEE Exhibit's ( 1,2,3 ) J/C SHEET's.

## IV.
## APPELLANT ACTIONS

Appellant has showed **due diligence** by taking the following action's as a pro-se appellant to appeal the DENIAL of the SECOND MOTION TO RECUSE by doing the following:

(1)  Timely filing a NOTICE OF APPEAL on the denial of his post-trial Motion to Recuse on August 10, 2015,

(2)  Filing a MOTION FOR CERTIFICATION ON THE RIGHT TO APPEAL under T.R.A.P. 25.2 (a)(2), with the Trail Court on Sept. 7, 2015: Exhibit ( 4 )

(3)  Request for the Preparation of the Clerk Record for Appeal under T.R.A.P. RULE 34.2 **AGREE RECORD RULE** filed on SEPT 9, 2015 with the trial court Clerk: SEE Exhibit ( 5 )

(4)  On SEPT. 15, 2015 Appellant submitted a letter to the clerk of the fourth Court of Appeals for Information. Ex 6

(5)  On SEPT. 15, 2015 Appellant submitted a letter entitled **FORMAL REQUEST TO CLECK OUT THE CLERK RECORD FROM THE DISTRICT CLERK OFFICE** under T.R.A.P. RULE 34.5(a): SEE Exhibit ( 7 ) since his appearing pro-se.

(6)  On SEPT. 18, 2015 Appellant submitted to the Clerk of the fourth Court of appeals a request to be provided the cost to obtain copies of the Trail Court Clerks Record, (NO REPLY TO DATE HAS BEEN RECEIVED). Ex 8 The request was labled **URGENT REQUEST TIME SENISTIVE** **NO REPLY TO DATE**

(7)  On SEPT 29, 2015 Appellant received a reply to #5 from the trail Court Clerk stating the Clerks Records where to long and only provided index sheets SEE Exhibit( 9 ) THIS IS NOT WHAT APPELLANT REQUESTED IN #3 **AGREE RECORD RULE,** since he was only appealing the denial of the Second Motion to Recuse.

2/12

(8)   On OCT. 3, 2015 Appellant received a letter from the Fourth Court of
      Appeal Clerk dated SEPT 21, 2015 with a postmark on the env. of SEP 29
      2015. (stating the clerk "we do have your correct address on file".

      I would like to show the court, I beg the clerk different by the following
      Exhibits showing a incorrect address SEE Exhibit ( 11 , 12   ) by
      this I'm in grave doubt that if I have received all the filings, notices,
      Order's from the Clerk or the court, and this has **PREJUDICE** appellate.


## V.
## JURISDICTION MATTER

**WITHOUT** knowing what's in the Clerk Record Appellant can not know

whats lacking or missing and can not ask the trial court to file a supplemental

clerk's record to show this court's jurisdiction. But appellant state's the

following to this court:

(A)   The appeal being sought is from the SECOND MOTION TO RECUSE. A motion
      to Recuse is appelable under T.R.Civ.Pro. RULE 18(i)(1)(A) from
      [final judgment],

(B)   Appellant's SECOND MOTION TO RECUSE is a **[POST-TRIAL]** MOTION **[POST-VERDICT]**

(C)   FINAL JUDGMENT was entered on Jan. 15, 2015.

(D)   threfore **[N]ot** a interlocutory appeal.


## VI.
## COURTS ASSISTANCE

Appellant respectfully asks this court assistance which is available under

T.R.A.P. to intervene as authorise under Tex. Rules of App. Pro. to protect the

integrity of the Appeal Procces since Appellant is appearing Pro-se and is in

prison and has showed **due diligence** mention in IV. **APPELLANT ACTION** noted before-

hand.

3/12

## VII.
## AMENDING REPLY

Appellant reserve's the right to amend this reply to submitt copies of Exhibits that where not included since at the time of submission the copies have not been return and time is of the essence to submit this reply to meet the deadline imposed by the court, and other exhibits become avilable, and justice require's.

## VIII.
## EXHIBITS

1. Judgment of Conviction by Jury Sheet 662/COA#530
2. Judgment of Conviction by Jury Sheet 665/HOA#531
*3. Judgment of Conviction by Jury Sheet 657/COA#529
4. Motion for Certification of Right to Appeal
*5. Request for Preparation of the Clerk Record
6. Letter to 9th coa Clerk request for info.
7. Formal Request to check out the Clerk Record
8. Letter to 4th coa to request a pricefor the CR
9. Reply from Trail Clerk,on the request to be loan out the CR
10. Second Motion for Certifiation of Right to Appeal
*11. Letter from coa Clerk showing wrong address for case 531
*12. Letter from coa Clerk showing wrong address for case 529

* This Exhibits will be submitted in a amended REPLY

## IX.
## PRAYER

Appellant respectfully ask the Honorable court not to dismiss but to assist the appeal for the mention reason's stated above, since appellant has not veiwed the Trail Court Clerks Record. Appellant has submitted a SECOND CERTIFTCATTON OF RIGHT TO APPEAL to the Trail Court copy included herein as Exhibit (10).

Respectfully submitted,

Abelardo G. Gonzalez  1622682
C.T. Terrell B-3-40
1300 F.M. 655
Rosharon, Texas  77583
Appellant Pro-se

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 49TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| ABELARDO GERARDO GONZALEZ | § | WEBB COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX05095629 | § | |

# JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. JOSE A. LOPEZ | Date Judgment Entered: | 1/15/2010 |
|---|---|---|---|
| Attorney for State: | SERGIO LOZANO AND EDWARD NOLEN | Attorney for Defendant: | OSCAR PENA, SR. |

Offense for which Defendant Convicted:
AGGRAVATED ROBBERY F/1-COUNT I AND
ENGAGING IN ORGANIZED CRIMINAL ACTIVITY F/1-COUNT III

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 29.03 AND 71.02(a) Penal Code |

Date of Offense:
12/5/2008

| Degree of Offense: | Plea to Offense: |
|---|---|
| 1ST DEGREE FELONY | NOT GUILTY |
| Verdict of Jury: | Findings on Deadly Weapon: |
| GUILTY | N/A |

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| JURY | 1/15/2010 | 1/15/2010 |

| Punishment and Place of Confinement: | 30 YEARS INSTITUTIONAL DIVISION, TDCJ - PER COUNT |
|---|---|

THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 10,000.00 PER COUNT | $ 350.00 | $ N/A | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was N/A .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | |
|---|---|---|---|
| Time Credited: | From 2/14/2008 to 3/14/2008 | From 1/11/2010 to 1/12/2010 | From 1/15/2010 to 1/15/2010 |
| | From to | From to | From to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | |
| | 32 DAYS NOTES: TOWARD INCARCERATION | | |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference

This cause was called for trial in County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

Ex 1

5/12



| THE STATE OF TEXAS | § | IN THE 49TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| ABELARDO GERARDO GONZALEZ | § | WEBB COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX05095629 | § | |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding | HON. JOSE A. LOPEZ | Date Judgment Entered | 1/15/2010 |
|---|---|---|---|
| Attorney for State: | SERGIO LOZANO AND EDWARD NOLEN | Attorney for Defendant | OSCAR PENA, SR. |

Offense for which Defendant Convicted:
AGGRAVATED ROBBERY F/1-COUNT III AND
ENGAGING IN ORGANIZED CRIMINAL ACTIVITY F/1-COUNT IX

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 29.03 AND 71.02(a) Penal Code |

Date of Offense:
1/23/2008

| Degree of Offense: | Plea to Offense: |
|---|---|
| 1ST DEGREE FELONY | NOT GUILTY |
| Verdict of Jury: | Findings on Deadly Weapon: |
| GUILTY | N/A |

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph | N/A |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence |
|---|---|---|
| JURY | 1/15/2010 | 1/15/2010 |

Punishment and Place of Confinement:
30 YEARS INSTITUTIONAL DIVISION, TDCJ - PER COUNT

THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 10,000.00-PER COUNT | $ 390.00 | $ N/A | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order:

From 2/14/2008 to 3/14/2008    From 1/11/2010 to 1/12/2010    From 1/15/2010 to 1/15/2010

Time Credited:  From      to      From      to      From      to

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below

32 DAYS      NOTES: TOWARD INCARCERATION

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference

This cause was called for trial in       County, Texas. The State appeared by her District Attorney

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

6/12

Ex 2

ABELARDO G. GONZALEZ 1622682          §
APPELLANT / PRO-SE                     §
                                       §          IN THE 49th DISTRICT
Vs.               .                    §             COURT OF
                                       §          WEBB COUNTY, TEXAS
STATE OF TEXAS                         §
                                       §

## MOTION FOR CERTIFICATION OF RIGHT
## TO APPEAL UNDER T.R.A.P. RULE 25.2(a)(2)

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes Appellant Abelardo G. Gonzalez pro-se and respectfully moves this Court for Certification of Right to Appeal under T.R.A.P. RULE 25.2(a)(2) of the Denial of MOTION TO RECUSE the Honorable Judge Jose Antonio Lopez for judicial bais from any futher proceedings in the above mention cause's of action, filed under T.R.Civ. Pro, RULE 18a RECUSAL and DISQUALIFICATION OF JUDGES.

The Denial was ruled on Sunday July 5, 2015 while on vacation but was signed on JULY 16, 2015 by the Honorable Adminstrative Judge David Peeple's of the Fourth Adminstrative Judicial Region of Texas EXHIBIT (A).

A denial of a T.R.Civ. Pro. RULE 18a MOTION is appealable under T.R.Civ. Pro, RULE 18a(j)(1)(A) for abuse of discretion from final judgment, and since there is nothing left to litigate in the above mention proceeding this is a final judgment for all purpose's.

The request for Certification for the right to appeal is for the following Fourth Court of Appeal cause numbers, 04-15-00529-CR,04-15-00530-CR and 04-15-00531-CR. The NOTICE OF APPEAL was filed on 2015 AUG 10 AM 9:33.

CERTIFICATE OF SERVICE
I hereby certify that a true
and correct copy of this motion
was mailed to Webb County D.A.s
Office atP.O. Box 1343 Laredo,
Tx. 78040  *Abelardo Goya*
        Abelardo Gonzalez

Respectfully submitted,
*Abelardo G. Gonzalez*
Abelardo G. Gonzalez 1622682
C.T. Terrell B-3-40
1300 F.M. 655
Rosharon, Texas 77583
**Appellant / Pro-se**

Ex 4

7/12

To:      FOURTH COURT OF APPEALS
         CLERK OF THE COURT

From:    ABELARDO G. GONZALEZ   1622682
         Appellate / Pro-se

Re:      REQUEST FOR INFORMATION
         On Cause's COA No.s 04-15-00529-CR
                             04-15-00530-CR
                             04-14-00531-CR

Date:    SEPT. 15,  2015

FILE MARKED
NOT A FILED COPY

Dear: CLERK OF THE COURT

        Now Comes respectfully yours Appellate ABELARDO G. GONZALEZ pro-se and infroms the Clerk that Appellate has three Appellate proceedings in the court in the above mention, but received only one notice from this Clerk that the Clerk trial Record was received and filed with this Clerk on only 04-15-00530-CR on a letter dated Sept. 9, 2015.

        Appellate needs to know urgently  that (ONE) did the trial court Clerk only filed one Clerk record for cause 04-15-00530-CR or (TWO) did the notice from this Clerk for cause's 04-15-00529-cR and 04-15-00531-CR had Appellate's wronq address and where niss delivered, since Appellate had notice on letters from thhis Clerk that Appellate's address was wrong and qive prior notice to this clerk about the matter or (THREE) did the Clerk of the trial court filed one Clerk Record for all three mention appeal causes?

THIS IS A VERY TIME SENSITIVE ISSUE, A REPLY IS RESPECTFULLY REQUESTED TO PRESERVE APPELLATE"S RIGHTS.....

                                        Respectfully yours,

                                        Abelardo G. Gonzalez  1622682
                                        C.T. Terrell B-3-40
                                        1300 F.M. 655
                                        Rosharon, Texas  77583
                                        Appellate / Pro-se

8/12                                                                    Ex 6

                                                                        2

To:    WEBB COUNTY DISTRICT CLERK
       OFFICE OF ESTHER DEGOLLADO

From:  ABELARDO G. GONZALEZ   1622682
       **Appellate / Pro-se**

Re:    **FORMAL REQUEST TO CHECK OUT
       THE CLERK RECORD FROM THE
       DISTRICT CLERK OFFICE**

       Trial Cuase's No.s         COA Cause's No.s
       2008-CRR-0657-D1         04-15-00529-CR
       2008-CRR-0665-D1         04-15-00531-CR
       2008-CRR-0662-D1         04-15-00530-CR

Date:  SEPT. 15, 2015

Dear: CLERK OF THE COURT

    GREETING's, Now Comes Appellate Abelardo G. Gonzalez representing himself PRO-SE in the above mention Appeal proceedings in the Fourth Court of Appeals and **request to check** out the Clerk Record **(CR)** from the Webb County District Clerk Office which was prepared and a copy filed with the Fourth Court of Appeals on Sept. 9, 2015.

    GOOD CAUSE exist to check out the clerk Record, so appellate can properly file a meaningful appeal and cite the record in the Appellate Brief's and since entitled under Tex. Rule App. Pro. RULE **34,5(g)** to do so, and without it would be PREJUDICAL.

    NOTICE TO CLERK is hereby given this request is a **VERY TIME SENSITIVE ISSUE** since appellate has [O]nly 30 days to file his Appeal Brief's from the filing of the Clerk Record with the Appeals Court which was on Sept. 9, 2015 Or in the alternate a complete and true copy of the Clerk Record could be affored to Appellate to keep since it's a very short Record about 20 page's or so,

                             Respectfully Submitted,

                             Abelardo G. Gonzalez  1622682
                             C.T, Terrell B-3-40
                             1300 F.M. 655
                             Rosharon, Texas  77583
                             **Appellate / Pro-se**

9/12

Ex 7

2

To:      FOURTH COURT OF APPEALS
            CLERK OF THE COURT

From:    ABELARDO G. GONZALEZ  1622682
            **Appellate / Pro-se**

Re:      **COPY OF CLERK TRIAL RECORD**
            **FILED WITH THE CLERK**
            on **04-15-00530-CR**

            URGENT REQUEST TIME SENSITIVE

Date:    SEPT. 18, 2015


Dear: CLERK OF THE COURT


    Now Comes Appellate Abelardo G. Gonzalez in the above appellate proceedings and formal requests to be given a price of the Clerk Trail Record that was filed with the Clerk on Sept. 9, 2015 by the Webb County District Clerk Office in the above proceedings.

    Appellate request URGENT attention by this Clerk, since Appellate has only 30 days to file the Appellate Brief with this court from the filing of the Trail Clerk Record, and Appellate needs the Clerk Record to file a meaningfull Brief to cite the Record. Appellate has requested from the Webb County District Clerk Office of Esther Degollado to be loan Check Out the Record under T.R.A.P. RULE 34.5(g) but no reply to date.


                         Respectfully Submitted,

                         Abelardo Gonzalez 1622682
                         C.T. Terrell B-3-40
                         1300 F.M. 655
                         Rosharon, Texas 77583
                         **Appellate / Pro-se**

10/12

Ex 8

2.



September 21, 2015

Abelardo G. Gonzalez 1622682
C.T. Terrell B-3-40
1300 F.M. 655
Rosharon, Texas 77583

Mr. Gonzalez,

We are in receipt of your letter dated September 15, 2015 in which you are requesting to check out the clerk's records or that copies of same records be provided to you. Two of the records that were submitted to the court of appeals are more than a thousand pages long and the third one is nine hundred fifty four pages. I have spoken to my supervisor Ms. Elsa Galvan and she has suggested that we send you copies of the index of these records for each one of the cases. The index will tell you which documents were submitted to the court of appeals. Please feel free to contact us if any additional information is needed.

Thank you,

Diana R. Carreón, deputy

ABELAEDO G. GONZALEZ 1622682
Appellant, Pro-se

§
§
§

vs.

§
§
§

IN THE 49th District
Court
Webb County, Texas

§

THE STATE OF TEXAS
Appellee

§
§
§

## SECOND MOTION FOR CERTIFICATION OF RIGHT
## TO APPEAL UNDER T.R.A.P. RULE 25.2(a)(2)

Now Comes Appellant Abelardo G. Gonzalez, pro-se and moves this court for Certification of the right to Appeal under T.R.A.P. RULE 25.2(a)(2) of the Denial of Appellant's SECOND MOTION TO RECUSE, the Honorable Judge Jose Lopez for judicial bais from any futher proceedings in the above mention cause's filed under T.R.Civ. Pro. RULE 18a RECUSAL AND DISQUALIFICATION OF JUDGES.

The Denial was ruled on Sunday July 5, 2015 while on vacation but was signed on July 16, 2015 by the Honorable Adminstrative Judge David Peeple's of the Fourth Adminstrative Judicial Region of Texas.

A denial of a T.R.C.P. RULE 18a Motion is Appealable under T.R.C.P. RULE 18a (j)(1)(A) for abuse of discretion from final judgment, and since there is nothing left to litigate in the above proceedings this is final judgment for all purpose's.

The request for Certification is urgently needed fror the following Fourth Court of Appeal's case's **04-15-0529-CR, 04-15-530-CR, 04-15-0531-CR.**

Respectfully submitted,

Abelardo G. Gonzalez 1622682
C.T. Terrell B-3-40
1300 F.M. 655
Rosharon, Texas 77583
**Appellant, Pr-se**

12/12

Ex 10

To,   THE CLERK OF THE COURT
      for the Fourth Court of
      Appeals

From:  ABELARDO G. GONZALEZ 1622682
       Appellante, pro-se

Re:    Filing of a Court Ordered Reply
       COA No.s 04-15-529-CR
                04-15-530-CR
                04-15-531-CR

Date: Oct. 03, 2015


Dear: CLERK OF THE COURT


      Now Come's appellant Abelardo Gonzalez pro-se in the above mention proceedings and respectfully ask you to file the above reply. Appellant asks the clerk to please file stamp the enclosed copy of the lead page of the reply and return to appellant in the enclosed SASE.


                              Respectfully yours,

                              Abelardo Gonzalez  1622682
                              C.T. Terrell B-3-40
                              1300 F.M. 655
                              Rosharon, Texas   77583

Clerk File Stamp
and Return to Appellant
in SASE

Copy

IN THE FOURTH
COURT OF APPEALS
SAN ANTONIO, TEXAS

ABELARDO G. GONZALEZ 1622682          §
Appellant, Pro-se                     §
                                      §     COA No. 04-15-00529-CR
                                      §
vs.                                   §     COA No. 04-15-00530-CR
                                      §     COA No. 04-15-00531-CR
                                      §
THE STATE OF TEXAS                    §
Appellee                              §

## COURT ORDERED REPLY

---

NOW COME'S Appellant ABELARDO G. GONZALEZ, pro-se in the above mentioned proceedings and reply's to a Court Order dated Septemeber 18, 2015 regarding jurisdiction, among other things.

### I.
### TIMING OF FILING THE REPLY

Appellant was Ordered to reply by Oct. 12, 2015 and is filing this reply on Oct. 3, 2015, which is timely filed by placing it in the c.T. Terrell prison mailbox and thusfore timely filed under the prison mailbox rule.

### II.
### COURTS ATTENTION

(a) The Court Order dated September 18, 2015 state's this case(s) are from the 111th District Court. IT IS NOT, its from the 49th District Court.

(b) The Clerk had appellant incorrect mailing address, and does not know if he has received all the Clerks and or Court mailings.

(c) Appellant to this date has not veiwed the Trail Courts CLERK RECORD and thusfore does not know whats wrong with it, and can [N]OT correct it since he has NOT veiwed the cLERK RECORD.

1/12